JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RICHARD GARRISON, an individual; and LISA GARRISON, an individual, | Case No. CV 20-00069 AB (JPRx) |
| Plaintiffs, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a corporation; and Does 1 to 10, | |
| Defendants. | |

Counsel have advised the Court that this case has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 1, 2021        _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.